**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,      :    No. 2 EM 2024

            Respondent             :

                      :

           v.                  :

                      :

TAJMIR YOUNG,                 :

            Petitioner              :

## **ORDER**

**PER CURIAM**

     **AND NOW**, this 14th day of May, 2024, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is GRANTED. Counsel is DIRECTED to file a Petition for Allowance of Appeal within 15 days.